# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
## PROBATION OFFICE

**SCOTT M. MORSE, SR.**

CHIEF PROBATION OFFICER
Thomas S. Foley
United States Courthouse
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA 99210-0306
(509) 742-6300 / fax (509) 742-6339

November 27, 2012

**BRANCH OFFICES**

FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA 98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA 99352-0446
(509) 376-7467 / fax (509) 372-2590

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 2 ? 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

REPLY TO  Yakima

The Honorable Rosanna Malouf Peterson
Chief U.S. District Judge
Eastern District of Washington
P.O. Box 324
Spokane, WA 99210

**RE: MEDINA-ACEVEDO, Jose Jesus**
**Docket No: 2:12CR06037-001**

**REQUEST FOR OUT OF COUNTRY TRAVEL**

Your Honor:

Mr. Medina-Acevedo is requesting travel to Avenida Calaya 22705, Colonia El Pilila, Tijuana, Baja CA, 22206 in Mexico, to visit his friends and family. He plans to travel by car leaving on December 16, 2012, and returning by the same mode of travel before or on January 5, 2013.

Mr. Medina-Acevedo was sentenced in the Eastern District of California, by the Honorable Lawrence J. O'Neill on January 15, 2010, for Failure to File a Report on Exporting and Importing Monetary Instruments, in violation of 31 U.S.C. §§ 5316 and 5322(a). Mr. Medina-Acevedo received 24 months imprisonment with 36 months of supervised release to follow. Mr. Medina-Acevedo was released from custody on August 26, 2011, and began his term of supervised release in the Eastern District of Washington. Transfer of jurisdiction was signed by Your Honor on July 30, 2012.

Since that time, Mr. Medina-Acevedo has been in compliance with his supervision including fulfilling all court ordered financial obligations. Mr. Medina-Acevedo is currently employed and has family ties in Washington State.

MEDINA-ACEVEDO, Jose Jesus
November 27, 2012
Page 2

This officer respectfully recommends Mr. Medina-Acevedo's request of travel to Mexico, be granted.

Respectfully submitted,

Scott M. Morse, Sr.
Chief U.S. Probation Officer

By: s/Erica Helms             11/27/2012
Erica Helms                   Date
U.S. Probation Officer Assistant

APPROVED BY:

s/Rebecca M. Nichols          11/27/2012
Rebecca M. Nichols            Date
Supervising U.S. Probation Officer

---

## ORDER OF THE COURT:

Approved _____        Disapproved _____

11/27/12
Date

The Honorable Rosanna Malouf Peterson
Chief U.S. District Judge